```
FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Suite 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff
```

E-FILING

ADR

FILED
2008 AUG -5 P 2:26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRIC SAN JOSE

| | |
|---|---|
| PHYLLIS M. PINEDA,  <br>   Plaintiff,  <br> vs.  <br> ABBOTT LABS an Illinois Corporation,  <br>   Defendant. | No. C08 03746 JW  <br><br> COMPLAINT FOR DAMAGES VIOLATION OF THE 29 USC 1140 FAIR LABOR STANDARDS ACT AND VIOLATION OF CALIFORNIA LABOR CODE SECTION 510 FOR ATTORNEY FEES AND THE ASSESSMENT OF LIQUIDATED DAMAGES  <br><br> JURY TRIAL DEMANDED |

COMES NOW Plaintiff and makes complaint against Defendant and for causes of action alleges as follows.

COUNT I

Unpaid Overtime Compensation

COMPLAINT FOR DAMAGES                 1

1. Count one of this action arises under the Fair Labor Standards Act 29 USC 207 seq., and more specifically 29 USC 216b. Jurisdiction of this cause is proper under 29 USC 1331. Plaintiff's second cause of action is brought under state law seeking unpaid overtime compensation due her pursuant to the provisions of California Labor code Section 510. Jurisdiction of this claim is pursuant to the doctrine of pendant jurisdiction.

2. Venue is properly in this District because Plaintiff is a resident of the County of Santa Clara, California located in the Northern District of California and the acts and events giving rise to Plaintiff's claims occurred in Santa Clara County, California

3. Defendant Abbot Laboratories was at all times herein mentioned a corporation organized and existing under and by virtue of the laws of the state of Illinois and qualified to transact and is transacting business in the state of California and is engaged in interstate commerce.

4. At all time herein mentioned Josie Crudo was a managerial agents, servant and employee of Defendant and in doing the things and committing the acts herein after alleged were acting within the course and scope of said managerial agency and employment.

5. On or about February 15, 2007 Plaintiff and Abbot Laboratories entered into a oral employment agreement whereby Abbott Laboratories agreed to employ Plaintiff as a Site Training Specialist II at an annual salary of Sixty Seven Thousand Eight Hundred Dollars. In exchange for which Plaintiff agreed to expend best effort in serving Abbott Laboratories in said position and work Forty hours per week. Plaintiff has continually been employed in said position since February 15, 2007.

6. During the period of Plaintiff's employment she has worked in excess of One Thousand Five Hundred hours for which she was entitled be paid overtime at the rate of Fifty Dollars and Eighty Five cents per hour or Seventy Six thousand Two Hundred Seventy Five Dollars. Pursuant

COMPLAINT FOR DAMAGES                    2

to the provisions of the Fair Labor Standards Act.

7. No part of said sum has been paid. Therefore there is now due owning and unpaid from Defendant to Plaintiff the sum of: Seventy Six Thousand Two Hundred Seventy Five dollars together with interest thereon until paid.

8. The failure of Defendant to pay Plaintiff the above-described overtime compensation was willful entitling Plaintiff to recover from Defendant a liquidated sum of Seventy Six Thousand Two Hundred Seventy Five Dollars.

Count II

For Overtime Compensation
California Labor Code Section 510

9. Plaintiff incorporates count One of his complaint by reference.

10. Under the provisions of California Labor Code Section 510, Plaintiff was entitled to overtime compensation at the rate of Fifty Dollars and Eighty Five cent for each hour she worked for defendant that was in excess of eight hours and less than twelve hours in any given day and was entitled to overtime compensation for each hour she worked on the sixth work day of any given week.

11. During the period of Plaintiff's employment with Defendant, she worked in excess of 1500 hours of overtime.

12. Defendant has failed to pay Plaintiff the overtime compensation due Plaintiff all to her damage in a sum within the jurisdictional limits of this court.

WHEREFORE, Plaintiff prays Judgment against Defendant as follow:

1. On Count One For Plaintiff's overtime wages according to proof. And for a liquidated penalty equal to the sum due Plaintiff as and for overtime compensation not paid her to date for costs of suit

COMPLAINT FOR DAMAGES

3

1. and such other and further relief as this court may deem just and proper.

2. On Count Two for Plaintiff's damages according to proof. For attorney fees according to proof and such other and further relief as this court may deem just and proper including costs of suit.

Dated: August 4, 2008

*[signature]*

Frank E. Mayo, Attorney for Plaintiff

COMPLAINT FOR DAMAGES       4

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

**I.(a) PLAINTIFFS**
phyllis M Pineda

**DEFENDANTS**
Abbott Labs

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** (EXCEPT IN U.S. PLAINTIFF CASES)
Santa Clara

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

E-FILING   ADR   JW   C08 03746   RS

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Frank E Mayo  650/964-8901
5050 El Camino Real, #228  Los Altos CA

**II. BASIS OF JURISDICTION** (PLACE AN "✓" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "✓" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "✓" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "✓" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐110 Insurance | PERSONAL INJURY | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault, Libel & Slander | ☐630 Liquor Laws | PROPERTY RIGHTS | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐690 Other | | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liability | LABOR | SOCIAL SECURITY | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐360 Other Personal Injury | ☒710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | PERSONAL INJURY | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| | ☐362 Personal Injury Med Malpractice | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| | ☐365 Personal Injury Product Liability | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| | ☐368 Asbestos Personal Injury Product Liability | ☐790 Other Labor Litigation | ☐865 RSI (405(g)) | ☐895 Freedom of Information Act |
| | PERSONAL PROPERTY | ☐791 Empl Ret Inc Security Act | FEDERAL TAX SUITS | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| REAL PROPERTY | ☐370 Other Fraud | | ☐870 Taxes (US Plaintiff or Defendant) | ☐950 Constitutionality of State Statutes |
| ☐210 Land Condemnation | ☐371 Truth in Lending | | ☐871 IRS - Third Party 26 USC 7609 | ☐890 Other Statutory Actions |
| ☐220 Foreclosure | ☐380 Other Personal Property Damage | | | |
| ☐230 Rent Lease & Ejectment | ☐385 Property Damage Product Liability | | | |
| ☐240 Torts to Land | CIVIL RIGHTS | PRISONER PETITIONS | | |
| ☐245 Tort Product Liability | ☐441 Voting | ☐510 Motion to Vacate Sentence Habeas Corpus: | | |
| ☐290 All Other Real Property | ☐442 Employment | ☐530 General | | |
| | ☐443 Housing | ☐535 Death Penalty | | |
| | ☐444 Welfare | ☐540 Mandamus & Other | | |
| | ☐440 Other Civil Rights | ☐550 Civil Rights | | |
| | | ☐555 Prison Condition | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) 29 USC 1331

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   ☐ CHECK YES only if demanded in complaint: JURY DEMAND: ☒YES  ☐NO

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT** (CIVIL L.R. 3-2) (PLACE A "✓" IN ONE BOX ONLY)   ☐ SAN FRANCISCO/OAKLAND   ☒ SAN JOSE

DATE Aug 4, 2008   SIGNATURE OF ATTORNEY OF RECORD _[signature]_