FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Suite 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff

**GRANTED**
Judge James Ware
9/25/2008

IN THE UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT/SAN JOSE

| | |
|---|---|
| PHYLLIS M. PINEDA | No. C08 03746 JW |
| Plaintiff, | STIPULATION TO DISMISSAL |
| vs. | |
| ABBOTT LABS an Illinois | |
| Defendant. | |

COMES NOW Plaintiff Phyllis M. Pineda by and through her counsel Frank E. Mayo and Defendant Abbott Labs by and through its counsel Naomi Greenstone and hereby Stipulate to the Dismissal of this action with prejudice.

Each party to bear its own costs and fees.

Dated: September 8, 2008

Frank E. Mayo, Attorney for Plaintiff

STIPULATION TO DISMISSAL          1

1
2
3   Dated: September 18, 2008
4
5
6   IT IS SO ORDERED:   The Court terminates all pending deadlines, hearings and
    motions. The Clerk shall close this file.
7   Dated:   Sept. 25, 2008
8
9

ABBOTT LABORATORIES

By: *Naomi Greenstone*

Naomi Greenstone, Senior Counsel

*James Ware*
Judge of the US Northern District Court of California

STIPULATION TO DISMISSAL

2